# AFFIDAVIT OF COMPLAINT

STATE OF TENNESSEE      DOCKET NO. 1834474

## IN THE GENERAL SESSIONS COURT OF HAMILTON COUNTY.

STATE OF TENNESSEE VS.     **Jonathan Tobin**

ADDRESS: 110 W. Main St
Chester, CT 06412

The undersigned affiant, after being duly sworn according to the law, states that **Jonathan Tobin**

Whose name is otherwise unknown to the affiant, committed the offense of **Theft Over $100,000** *60,000* in the above county on or about **1-23**, 20 **21**.

Further, affiant makes oath that the essential facts constituting said offense, the sources of affiant's information, and the reasons why his/her information is believable concerning said facts are as follows:

On 02/19/2021 Officer B. Smith responded to a Burglary/Residential at 651 Wildflower Cir. Mrs. Stamatia Klaburner, who in the matters of the Estate of Mr. Frank Kirbus, has been named the Executor of all his properties by the Hamilton County Chancery Court, and has been his POA since 2015. Frank Kirbus was suffering from a terminal illness and passed away on February 2nd 2021. Mrs. Klaburner reported that the suspects, Jonathan Tobin, Bobby Lee Hollins, and her son James Hollins had started to remove property from the victims home prior to Mr. Kirbus passing away. Due to the fact he was terminally ill and could not physical comply with or consent to the Power Of Attorney that was fraudulently created by the three suspects on 21 January 2021.

Tobin is an acquaintance of Mr. Kirbus from Connecticut where Mr. Kirbus is from and has a second home there. Bobby Lee Hollins was a friend of Mr. Kirbus when he lived in CT, and James Hollins is her son. Mrs. Klaburner is the legal POA for Mr. Kirbus and has been since 2015. She is also the Executor of his estate according to Mr. Kirbus' Last Will and Testament. Tobin, Bobby Lee and James are not in the Will.

On 12/29/20 Frank Kirbus was admitted to the hospital due to his illness. On 1/20/21 Mr. Kirbus was released from the hospital and was bedridden at his home under hospice care for his remaining days. On 1/19/21 Bobby Lee and James Hollins came Chattanooga from Connecticut. On 1/21/21 Jonathan Tobin contacted Ms. Titonia Clemmons and arranged for her to go to Mr. Kirbus' home and notarize a POA making Tobin his power of attorney. Ms. Clemmons stated that when she arrived, Tobin was not there. The only people at the home were Mr. Kirbus, Bobby Lee Hollins and James Hollins. Ms. Clemmons filled out the POA and overnighted the POA to Tobin in Connecticut. Tobin then forged Ms. Clemmons name on the POA. On 1/23/21 Tobin came to Chattanooga and took a gun collection 17 guns, over 80,000 rounds of Ammo, an oil painting, and a Chevy Truck from Mr. Kirbus' home and went back to CT. Tobin told Mrs. Klaburner and her attorney, Richard Wagner, that he took Franks "valuables" for safe keeping. When Tobin was confronted by Mrs. Klaburner about the items, Tobin took the truck and 13 of the guns to Kirbus' home in CT. Four of the guns and the ammo are still missing. The guns were valued at over $25,000 and the Ammo valued at about $80,000. Tobin also took Mr. Kirbus' cell phone cutting him off from his family that all live out of town. Tobin also turned off all of the security cameras inside and out at Mr. Kirbus' home so the family couldn't check on him. Also on 1/23/21 is when James and Bobby Lee discovered that they were not in Mr. Kirbus' Will and started using his AMMEX card at various places. A fraud report was made for the unauthorized use of the AMMEX card under #21-020683.

Warrants were obtained for Theft over $100,000 on Jonathan Tobin for stealing the truck, guns, ammo, and the oil painting.

Affiant – Name and Address     Sworn to and subscribed before me this

**Det. P. Grubb #804**     *Det. P Grubb #804*      3/26 , 20 21

3410 Amnicola Hwy

Chattanooga Police Dept

Judge – Court of General Sessions
VINCE DEAN, Clerk, Criminal Div
General Sessions Court

3410 Amnicola Hwy, Chattanooga, TN 37406     By:

**EXHIBIT A**